ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JAN 20 AM 8: 46

CLERK _C.Adams_
SO. DIST. OF GA.

# United States District Court

## *Southern District of Georgia*

KENYATTA HERNDON

_____

Plaintiff

v.

AJ SERVICES JOINT
VENTURE, I, LLP

_____

Defendant

Case No.    1:16-CV-00001-JRH-BKE

Appearing on behalf of

Defendant

_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _19th_ day of _January_ , _2016_.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:     Sean Michael Libby
_____

Business Address:     Elarbee, Thompson, Sapp & Wilson, LLP
_____
Firm/Business Name

229 Peachtree Street NE, 800 International Tower
_____
Street Address

| Atlanta | GA | 30303 |
|---|---|---|
| City | State | Zip |

Street Address (con't)

Same
_____
Mailing Address (if other than street address)

Same

| Address Line 2 | City | State | Zip |
|---|---|---|---|

| (404) 659-6700 | | 363631 |
|---|---|---|
| Telephone Number (w/ area code) | | Georgia Bar Number |

Email Address:     libby@elarbeethompson.com