IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KENYATTA HERNDON, CHRISTA FULKERSON, and MARVENIA PRESIDENT,

    Plaintiffs,

v.

AJ SERVICES JOINT VENTURE I, LLP,

    Defendant.

CV 116-001

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this matter is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 29th day of November, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA